# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2008

135279

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

KURTIS J. MARTELL,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135279
COA: 280902
Monroe CC: 06-035172-FH

On order of the Court, the application for leave to appeal the October 31, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2008

_____
Clerk

l0319